IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARL HASKINS, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-472-JHB |
| | ) | |
| STATE OF DELAWARE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ENTRY OF APPEARANCE

Please enter the appearance of the undersigned Deputy Attorney General, Gregory E. Smith, on behalf of the Respondents State of Delaware, Board of Parole, and Department of Correction.

                                          STATE OF DELAWARE
                                          DEPARTMENT OF JUSTICE

                                          /s/ Gregory E. Smith
                                          Gregory E. Smith, I.D. No. 3869
                                          Deputy Attorney General
                                          820 North French Street, 7th Floor
                                          Carvel State Building
                                          Wilmington, Delaware  19801
Dated: August 28, 2008                      (302) 577-8398

## CERTIFICATION OF SERVICE

The undersigned certifies that on August 28, 2008, he electronically filed the attached *Entry of Appearance* with the Clerk of Court using CM/ECF. The undersigned further certifies that on August 28, 2008 that he mailed by state mail the document(s) to the following non-registered participant:

Carl J. Haskins, Jr.
SBI No. 00211803
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, Delaware 19802

          STATE OF DELAWARE
          DEPARTMENT OF JUSTICE

          /s/ Gregory E. Smith
          Gregory E. Smith, ID # 3869
          Deputy Attorney General
          820 North French Street, 7th Floor
          Carvel State Building
          Wilmington, Delaware 19801
          (302) 577-8398